# EXHIBIT 4

# U.S. Patent No. 11,654,186 – Infringement Claim Chart

As outlined in the below claim chart, Neviss LLC ("Neviss") has directly infringed and/or directly infringes, either literally or under the doctrine of equivalents, at least claims 1, 5, 6, 11, 15, 16, 19, 20, 25, and 29 (the "Asserted Claims") of U.S. Patent No. 11,654,186 (the "'186 Patent") through its manufacture, sale, offer for sale, importation, and/or use within the United States of its Neviss Kids 4+ & Adults Liposomal Sulforaphane from Broccoli Sprout Extract Superfood Gummies ("Neviss Sulforaphane Supplement"). Moreover, Neviss has contributed to and induced and/or continues to contribute to and induce others' direct infringement of the Asserted Claims.

The following chart is based on information known to date. Nutramax reserves the right to amend and update this chart as additional information is obtained and analyzed.[1] Nutramax further reserves the right to issue expert reports explaining in detail Neviss's infringement of the '186 Patent.

| Claim 1 | Neviss Sulforaphane Supplement |
|---|---|
| **1[pre].** An orally administrable composition comprising | The Neviss Sulforaphane Supplement is an orally administrable composition.<br><br>For example, the Neviss Sulforaphane Supplement is administered orally. The product labels and product descriptions state that the suggested use of the product is either one (1) gummy per day for ages 4+ or two (2) gummies per day for adults. |

[1] This exemplary chart does not limit, and is not intended to limit, Nutramax's positions or contentions on claim construction, infringement, or validity. Nutramax reserves the right to rely on other claims and/or products to establish infringement. Furthermore, this chart should not be construed as providing any positions on claim construction, such as, for example, whether any preamble should be limiting or whether any claim element is subject to 35 U.S.C. § 112(f).

| Claim 1 | Neviss Sulforaphane Supplement |
|---|---|
| |   Amazon 60-Count Product Listing Photos.[2] |

[2] *Available at* https://www.amazon.com/dp/B0H5HTW7R8?ref=clp_cat_related_p_3&th=1 (60 count) (last visited Sept. 8, 2026); *see also* https://www.amazon.com/dp/B0G2WPZFSC?ref=clp_cat_related_p_3&th=1 (120 count) (last visited Sept. 8, 2026).

| Claim 1 | Neviss Sulforaphane Supplement |
|---|---|
| | <br>Amazon 120-Count Product Listing Photos (annotated). |

<table>
<tr><th>Claim 1</th><th>Neviss Sulforaphane Supplement</th></tr>
<tr><td></td><td>


Amazon 120-Count Product Listing Photos (annotated).
<ul>
<li>TASTY & EASY-ABSORPTION SUGAR FREE GUMMIES: Neviss sulforaphane immunity gummies superfood for picky kids 4+ and adults-no broccoli taste, just natural blueberry goodness. A fun, tasty way for kids to get daily broccoli power and immunity, for adults to body detox and cells renew, helping you thrive from within. These convenient organic broccoli sprouts gummies are an alternative to capsules, tablets, and drops, and enjoy the ease of on-the-go nutrition with a broccoli supplement</li>
<li>PARENT TRUST, KID FRIENDLY: Each bottle contains 30 servings for families seeking an organic broccoli sprouts supplement. Adults take 2 gummies daily; children take 1 gummy under adult supervision. Added vitamins and minerals is very beneficial for kids. Our sugar-free gummies are gluten-free, wheat & yeast-free, free of artificial colors, flavors and preservatives, vegan,and 3rd-party tested to guarantee quality and potency</li>
</ul>
Amazon 60-Count Product Listing Description.
</td></tr>
</table>

| Claim 1 | Neviss Sulforaphane Supplement |
|---|---|
| | **About this item**<br>• Liposomal Sulforaphane 16 in 1 formula.<br>• Children:1 gummy daily, adults: 2 gummies daily.<br>• Sugar Free, Blueberry flavor.<br>• Take it directly vithout food.<br>• No soy, gluten, or artificial colors and flavors-crafted for quality you can trust.<br>Amazon 120-Count Product Listing Description (annotated). |
| **1[a].** a synergistic combination of: [1] a sulforaphane precursor; [2] a glucosidase enzyme capable of converting the sulforaphane precursor to sulforaphane; [3] a glucosidase enzyme cofactor; and [4] a glucan; the combination having a ratio of sulforaphane precursor:glucan of from about 50:1 to about 1:50. | The Neviss Sulforaphane Supplement comprises a synergistic combination of: [1] a sulforaphane precursor; [2] a glucosidase enzyme capable of converting the sulforaphane precursor to sulforaphane; [3] a glucosidase enzyme cofactor; and [4] a glucan; the combination having a ratio of sulforaphane precursor:glucan of from about 50:1 to about 1:50.<br><br>For example, the Neviss Sulforaphane Supplement contains a synergistic combination of: [1] glucosinolate (broccoli sprout extract with 1.0% glucoraphanin), which is a sulforaphane precursor; [2] myrosinase enzymes, which are glucosidase enzymes capable of converting the sulforaphane precursor to sulforaphane; [3] vitamin C (ascorbic acid), which is a glucosidase enzyme cofactor; and [4] beta glucan, which is a glucan. |

<table>
<tr><th>Claim 1</th><th>Neviss Sulforaphane Supplement</th></tr>
<tr><td></td><td>


Amazon 60-Count Product Listing Photos (annotated).
</td></tr>
</table>

| Claim 1 | Neviss Sulforaphane Supplement |
| --- | --- |
| | <br><br>Amazon 120-Count Product Listing Photos (annotated).<br><br>Further, the Neviss Sulforaphane Supplement contains glucosinolate (the sulforaphane precursor) at 65 mg per serving (1 gummy for ages 4+) and 130 mg per serving (2 gummies for adults), and beta glucan (the glucan) at 50 mg per serving (1 gummy for ages 4+) and 100 mg per serving (2 gummies for adults). These amounts yield a ratio of sulforaphane precursor to glucan of approximately 1.3:1, which falls within the claimed range of from about 50:1 to about 1:50. |

| Claim 1 | Neviss Sulforaphane Supplement |
| --- | --- |
| | Upon information and belief, the combination of these components in the Neviss Sulforaphane Supplement is synergistic. For example, Neviss markets and advertises the Neviss Sulforaphane Supplement as synergistic. |




Amazon 60-Count Product Listing Photos (annotated).

| Claim 1 | Neviss Sulforaphane Supplement |
|---|---|
| | <br><br>Amazon 60-Count Product Listing Photos. |

| Claim 1 | Neviss Sulforaphane Supplement |
|---|---|
| | • STABILIZED & DUAL-ACTIVATED LIPOSOMAL SULFORAPHANE SYSTEM: Unlike ordinary broccoli supplements, our sulforaphane gummies use a stabilized dual-activation system (glucoraphanin+plant-based myrosinase+white mustard seed) that allows sulforaphane to be generated active inside the body. Enhanced with liposomal delivery for improved stability, absorption, and gentler digestion for daily use, easier than raw broccoli extracts. Green gummy bears have a long shelf life, no refrigeration required<br>• DESIGNED FOR FAMILY-SUPERFOOD & BRAIN SUPPORT: To make this broccoli gummies suitable for daily family use, we added a gentle superfood blend (moringa, spirulina, kale, spinach, blueberry, carrot) to provide natural phytonutrients and trace minerals. SOD, Vitamins C&E, Selenium, Zinc help growing kids' brain & cognitive function, immune balance and adults support antioxidant defense, healthy aging, cellular renewal for growing kids and busy adults looking for easy daily greens support<br>• DAILY CELL & IMMUNE DEFENSE SUPPORT: Liposomal sulforaphane gummies is designed around one clear role to support the body's natural cellular and immune defense through sulforaphane, while providing gentle nutritional support for the whole family. Sulforaphane is known for activating the body's internal defense signaling, while supporting the way cells respond to everyday stress from food, environment, and lifestyle. Add Beta-Glucans to help the body's natural defender cells work more efficiently<br>Amazon 60-Count Product Listing Description. |

| Claim 5 | Neviss Sulforaphane Supplement |
|---|---|
| **5[pre].** The orally administrable composition of claim 1, wherein | The Neviss Sulforaphane Supplement is the orally administrable composition of claim 1, as set forth above with respect to claim 1 and incorporated herein by reference. |
| **5[a].** the composition comprises a yeast extract or powder comprising the glucan. | The Neviss Sulforaphane Supplement comprises a yeast extract or powder comprising the glucan.<br><br>For example, the Neviss Sulforaphane Supplement contains beta glucan, which is formulated as a yeast extract. |

<table>
<tr><th>Claim 5</th><th>Neviss Sulforaphane Supplement</th></tr>
<tr><td></td><td>


Amazon 60-Count Product Listing Photos (annotated).
</td></tr>
</table>

| Claim 5 | Neviss Sulforaphane Supplement |
|---|---|
| | <br>Amazon 120-Count Product Listing Photos (annotated). |

| Claim 6 | Neviss Sulforaphane Supplement |
|---|---|
| **6[pre].** The orally administrable composition of claim 1, wherein | The Neviss Sulforaphane Supplement is the orally administrable composition of claim 1, as set forth above with respect to claim 1 and incorporated herein by reference. |
| **6[a].** the glucan is a β-glucan. | The Neviss Sulforaphane Supplement comprises a glucan which is a β-glucan.<br><br>For example, the Neviss Sulforaphane Supplement contains beta glucan. |

| Claim 6 | Neviss Sulforaphane Supplement |
|---|---|
| | <br>Amazon 60-Count Product Listing Photos (annotated). |

| Claim 6 | Neviss Sulforaphane Supplement |
|---|---|
| |   Amazon 120-Count Product Listing Photos (annotated). |

| Claim 11 | Neviss Sulforaphane Supplement |
|---|---|
| **11[pre].** The orally administrable composition of claim 1, wherein | The Neviss Sulforaphane Supplement satisfies each limitation of claim 1 for the reasons set forth in the claim 1 analysis above, which is incorporated by reference as though fully restated here. |
| **11[a].** the composition comprises [1] glucoraphanin, [2] myrosinase, [3] ascorbic acid, and [4] β-glucan. | The Neviss Sulforaphane Supplement is a composition that comprises [1] glucoraphanin, [2] myrosinase, [3] ascorbic acid, and [4] β-glucan. |

| Claim 11 | Neviss Sulforaphane Supplement |
|---|---|
| | For example, the Neviss Sulforaphane Supplement contains: [1] glucosinolate, a broccoli sprout extract with 1.0% glucoraphanin; [2] myrosinase enzymes; [3] vitamin C (ascorbic acid); and [4] beta glucan. |




Amazon 60-Count Product Listing Photos (annotated).

| Claim 11 | Neviss Sulforaphane Supplement |
|---|---|
| | <br>Amazon 120-Count Product Listing Photos (annotated). |

| Claim 15 | Neviss Sulforaphane Supplement |
|---|---|
| **15[pre].** The orally administrable composition of claim 1, wherein | The Neviss Sulforaphane Supplement is the orally administrable composition of claim 1, as set forth above with respect to claim 1 and incorporated herein by reference. |

<table>
<tr><th>Claim 15</th><th>Neviss Sulforaphane Supplement</th></tr>
<tr><td>15[a]. the composition comprises a broccoli extract or powder comprising the sulforaphane precursor.</td><td>

The Neviss Sulforaphane Supplement comprises a broccoli extract or powder comprising the sulforaphane precursor.

For example, the Neviss Sulforaphane Supplement contains glucosinolate, a broccoli sprout extract with 1.0% glucoraphanin. Glucoraphanin is a sulforaphane precursor.




Amazon 60-Count Product Listing Photos (annotated).

</td></tr>
</table>

| Claim 15 | Neviss Sulforaphane Supplement |
|---|---|
| |   Amazon 60-Count Product Listing Photos (annotated). |

| Claim 16 | Neviss Sulforaphane Supplement |
|---|---|
| **16[pre].** An orally administrable composition comprising | The Neviss Sulforaphane Supplement is an orally administrable composition.<br><br>*See* **1[pre]**, incorporated herein by reference. |

| Claim 16 | Neviss Sulforaphane Supplement |
|---|---|
| **16[a].** a synergistic combination of: [1] a sulforaphane or sulforaphane derivative; and [2] a glucan; the combination having a ratio of sulforaphane or sulforaphane derivative:glucan of from about 50:1 to about 1:50. | The Neviss Sulforaphane Supplement comprises a synergistic combination of: [1] a sulforaphane or sulforaphane derivative; and [2] a glucan; the combination having a ratio of sulforaphane or sulforaphane derivative:glucan of from about 50:1 to about 1:50.<br><br>For example, the Neviss Sulforaphane Supplement contains a synergistic combination of: [1] liposomal sulforaphane, which is a sulforaphane; and [2] beta glucan, which is a glucan.<br><br><br><br>Amazon 60-Count Product Listing Photos (annotated). |

| Claim 16 | Neviss Sulforaphane Supplement |
|---|---|
| | <br><br>Amazon 120-Count Product Listing Photos (annotated).<br><br>The Neviss Sulforaphane Supplement contains liposomal sulforaphane (broccoli sprout extract, 0.4% sulforaphane) at 100 mg per serving (1 gummy for ages 4+) and 200 mg per serving (2 gummies for adults), and beta glucan at 50 mg per serving (1 gummy for ages 4+) and 100 mg per serving (2 gummies for adults). These amounts yield a ratio of sulforaphane to glucan of approximately 2:1, which falls within the claimed range of from about 50:1 to about 1:50.<br><br>Upon information and belief, the combination of these components in the Neviss Sulforaphane Supplement is synergistic. For example, Neviss markets and advertises the Neviss Sulforaphane Supplement as synergistic. |

| Claim 16 | Neviss Sulforaphane Supplement |
|---|---|
| | <br>Amazon 60-Count Product Listing Photos (annotated). |

| Claim 16 | Neviss Sulforaphane Supplement |
| --- | --- |
| | <br>Amazon 60-Count Product Listing Photos. |

| Claim 16 | Neviss Sulforaphane Supplement |
|---|---|
| | • STABILIZED & DUAL-ACTIVATED LIPOSOMAL SULFORAPHANE SYSTEM: Unlike ordinary broccoli supplements, our sulforaphane gummies use a stabilized dual-activation system (glucoraphanin+plant-based myrosinase+white mustard seed) that allows sulforaphane to be generated active inside the body. Enhanced with liposomal delivery for improved stability, absorption, and gentler digestion for daily use, easier than raw broccoli extracts. Green gummy bears have a long shelf life, no refrigeration required<br>• DESIGNED FOR FAMILY-SUPERFOOD & BRAIN SUPPORT: To make this broccoli gummies suitable for daily family use, we added a gentle superfood blend (moringa, spirulina, kale, spinach, blueberry, carrot) to provide natural phytonutrients and trace minerals. SOD, Vitamins C&E, Selenium, Zinc help growing kids' brain & cognitive function, immune balance and adults support antioxidant defense, healthy aging, cellular renewal for growing kids and busy adults looking for easy daily greens support<br>• DAILY CELL & IMMUNE DEFENSE SUPPORT: Liposomal sulforaphane gummies is designed around one clear role to support the body's natural cellular and immune defense through sulforaphane, while providing gentle nutritional support for the whole family. Sulforaphane is known for activating the body's internal defense signaling, while supporting the way cells respond to everyday stress from food, environment, and lifestyle. Add Beta-Glucans to help the body's natural defender cells work more efficiently<br>Amazon 60-Count Product Listing Description. |

| Claim 19 | Neviss Sulforaphane Supplement |
|---|---|
| **19[pre].** The orally administrable composition of claim 16, wherein | The Neviss Sulforaphane Supplement is the orally administrable composition of claim 16, as set forth above with respect to claim 16 and incorporated herein by reference. |
| **19[a].** the composition comprises a yeast extract or powder comprising the glucan. | The Neviss Sulforaphane Supplement comprises a yeast extract or powder comprising the glucan.<br><br>For example, the Neviss Sulforaphane Supplement contains beta glucan, which is formulated as a yeast extract.<br><br>*See* **5[a]**, incorporated herein by reference. |

| Claim 20 | Neviss Sulforaphane Supplement |
|---|---|
| **20[pre].** The orally administrable composition of claim 16, wherein | The Neviss Sulforaphane Supplement is the orally administrable composition of claim 16, as set forth above with respect to claim 16 and incorporated herein by reference. |
| **20[a].** the glucan is a β-glucan. | The Neviss Sulforaphane Supplement comprises a glucan which is a β-glucan.<br><br>For example, the Neviss Sulforaphane Supplement contains beta glucan.<br><br>*See* **6[a]**, incorporated herein by reference. |

| Claim 25 | Neviss Sulforaphane Supplement |
|---|---|
| **25[pre].** The orally administrable composition of claim 16, comprising | The Neviss Sulforaphane Supplement is the orally administrable composition of claim 16, as set forth above with respect to claim 16 and incorporated herein by reference. |
| **25[a].** [1] sulforaphane or sulforaphane derivative and [2] β-glucan. | The Neviss Sulforaphane Supplement comprises [1] sulforaphane or sulforaphane derivative and [2] β-glucan.<br><br>For example, the Neviss Sulforaphane Supplement contains [1] liposomal sulforaphane, which is a sulforaphane and [2] beta glucan. |

<table>
<tr><th>Claim 25</th><th>Neviss Sulforaphane Supplement</th></tr>
<tr><td></td><td>


Amazon 60-Count Product Listing Photos (annotated).
</td></tr>
</table>

| Claim 25 | Neviss Sulforaphane Supplement |
|---|---|
| |  <br>Amazon 120-Count Product Listing Photos (annotated). |

| Claim 29 | Neviss Sulforaphane Supplement |
|---|---|
| **29[pre].** The orally administrable composition of claim 16, wherein | The Neviss Sulforaphane Supplement is the orally administrable composition of claim 16, as set forth above with respect to claim 16 and incorporated herein by reference. |
| **29[a].** the composition comprises a broccoli extract or powder comprising the sulforaphane or sulforaphane derivative. | The Neviss Sulforaphane Supplement comprises a broccoli extract or powder comprising the sulforaphane or sulforaphane derivative. |

| Claim 29 | Neviss Sulforaphane Supplement |
|---|---|
| | For example, the Neviss Sulforaphane Supplement contains liposomal sulforaphane, which is comprised of broccoli (brassica oleracea) sprout extract, 0.4% sulforaphane.   Amazon 60-Count Product Listing Photos (annotated). |

| Claim 29 | Neviss Sulforaphane Supplement |
|---|---|
| | <br>Amazon 120-Count Product Listing Photos (annotated). |

| Claim 29 | Neviss Sulforaphane Supplement |
| --- | --- |
| | <br><br>Amazon 60-Count Product Listing Photos (annotated). |

| Claim 29 | Neviss Sulforaphane Supplement |
| --- | --- |
| |   Amazon 60-Count Product Listing Photos (annotated). |