# EXHIBIT 6

ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400 | Fax: 212-210-9444

**Natalie C. Clayton** Direct Dial: **+1 212 210 9573** *Email:* ***natalie.clayton@alston.com***

September 17, 2026

***VIA UPS OVERNIGHT***
***RETURN RECEIPT REQUESTED***
***AND VIA EMAIL***

Neviss LLC
1518 Prospect Ave.,
Apt. 107
San Gabriel, CA 91776 USA
info@nevisshealth.com

Re: Cease and Desist Letter Regarding U.S. Patent Nos. 10,583,178 and 11,654,186

To Whom It May Concern:

We have been retained by Nutramax Laboratories, Inc. for patent enforcement matters. We are writing to follow up on correspondence sent on August 17, 2026, by Blayre E. Marley, Associate General Counsel, on behalf of Nutramax regarding the unlicensed practice of U.S. Patent No. 10,583,178 ("the '178 Patent") and U.S. Patent No. 11,654,186 ("the '186 Patent"). We understand that you have yet to respond to this letter.

To recap prior correspondence, Nutramax is the owner of the '178 and '186 Patents, which are generally directed to orally administrable compositions including sulforaphane or a sulforaphane precursor and a glucan. Neviss LLC ("Neviss") is infringing one or more claims of the '178 and '186 Patents through the manufacture, sale, advertising, and distribution of the Neviss Kids 4+ & Adults Liposomal Sulforaphane from Broccoli Sprout Extract (the "Neviss Sulforaphane Supplement"). Exemplary claim charts, which are not intended to be an exhaustive identification of the claims practiced, were attached to the letter dated August 17, 2026. We have again attached the patents and additional exemplary claim charts detailing Neviss's ongoing infringement. *See* Exs. A-D.

Nutramax again demands:

(1) That Neviss immediately ***cease and desist*** from manufacturing, offering for sale, selling, distributing, and/or marketing the Neviss Sulforaphane Supplement in the United States, including immediately taking down the links to any webpage on Neviss's website or any others' webpages advertising and/or selling the Neviss Sulforaphane Supplement.

(2) That Neviss provide an accounting that includes the following information:

- The total quantity of the Neviss Sulforaphane Supplement manufactured by, or for, Neviss at any time up to and including the present.

- The total quantity of the Neviss Sulforaphane Supplement sold by Neviss at any time up to and including the present, including since August 17, 2026, and the identity of every wholesaler, retailer, or other entity that has purchased the Neviss Sulforaphane Supplement.

- An accounting of the total revenues and gross profits relating to the manufacture and/or sale of the Neviss Sulforaphane Supplement, including a breakdown of the cost of manufacture and revenues generated.

- The total number of Neviss Sulforaphane Supplement that Neviss currently has in its inventory.

(3) That Neviss preserve all potentially relevant evidence in accordance with the Federal Rules of Civil Procedure. In addition to providing the accounting information requested above, please preserve all documents, tangible things, and electronically stored information ("ESI") potentially relevant to the issues in this matter, including but not limited to the following:

  - Flyers and other promotional materials incorporating, or otherwise pertaining to the Neviss Sulforaphane Supplement (including all formulations), including all versions created and distributed after receiving the August 17, 2026, letter;

  - Digital communications (*e.g.*, e-mail, voice mail, instant messaging) concerning the Neviss Sulforaphane Supplement, including all versions created and distributed after receiving the August 17, 2026, letter;

  - Word processed documents (*e.g.*, Word or WordPerfect documents and drafts);

  - Spreadsheets and tables (*e.g.*, Excel or Lotus 123 worksheets);

  - Image and Facsimile Files (*e.g.*, .PDF, .TIFF, .JPG, .GIF images);

  - Online Access Data (*e.g.*, Temporary Internet Files, History, Cookies);

  - Presentations (*e.g.*, PowerPoint, Corel Presentations)

  - Network Access and Server Activity Logs;

  - Computer Aided Design/Drawing Files; and,

  - Back Up and Archival Files (*e.g.*, .ZIP, .GHO)

> Adequate preservation of ESI requires you to also intervene to prevent loss due to routine operations and employ proper techniques and protocols suited to protection of ESI. Be advised that sources of ESI are altered and erased by continued use of your computers and other devices. Deletion may result from failing to act diligently and responsibly in order to prevent loss or corruption of ESI.

Please be advised that Nutramax considers all manufacture, offers for sale, sales, distribution, and marketing of the Neviss Sulforaphane Supplement in the United States since Neviss received the cease-and-desist letter to be evidence of willful infringement of these patents, and that any continued manufacture, offer for sale, sale, distribution, or marketing of the Neviss Sulforaphane Supplement in the United States will also be deemed willful. Such willful infringement subjects Neviss to enhanced damages, as well as costs and attorneys' fees related to litigation of these issues. In addition, if Neviss has failed and/or fails to take steps necessary to preserve relevant ESI, resulting in such information being lost, Neviss may be subject to sanctions under FED. R. CIV. P. 37(e).

We request that you respond by **September 24, 2026**, confirming that Neviss has complied with the requests in this letter. If you would like to discuss the terms of a cease-and-desist agreement further, please respond via email suggesting times you are available to discuss on the phone.

We look forward to resolving this matter as efficiently as possible.

Sincerely,

Natalie C. Clayton
Partner